# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

MARCUS FIELDS,                                                                   PLAINTIFF
ADC #150118

v.                              No. 2:11CV00202 JLH-JTK

JANICE GRAY, et al.                                          DEFENDANTS

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice, for failure to prosecute. The relief sought is denied.

IT IS SO ADJUDGED this 21st day of December, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE